

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Iraan-Sheffield Independent School District, | § | No. 08-19-00090-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 83rd District Court |
| v. | | |
| | § | of Pecos County, Texas |
| Kinder Morgan Production Co., LLC, Individually and as Successor in Interest to Kinder Morgan Production Co., LP., | § | (TC# P-7943-83-CV) |
| | § | |
| Appellees. | | |
| | § | |

## **O R D E R**

The Court GRANTS the unopposed motion to reset the October 8, 2019 submission and oral argument setting. The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 7th day of October, 2019.


PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.